[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-13523
Non-Argument Calendar

_____

D.C. Docket No. 1:17-cr-20073-CMA-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SILVIO LOPEZ CUELLAR,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(January 11, 2019)

Before WILSON, BRANCH and JULIE CARNES, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the sentence

appeal waiver in Silvio Cuellar's plea agreement is GRANTED.  *See United States*

*v. Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will

be enforced if it was made knowingly and voluntarily); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error).